**In Support of Petitioner's Emergency Motion to Quash IRS Summonses, for Protective Order, and for Temporary Stay**

Seel v. United States of America, et al., Civil No. _____ (M.D.N.C.)

| Exhibit | Date / Source | Title / Description | Pages | Bates Range | Filing Status |
|---|---|---|---|---|---|
| A | Apr 8 2025 | IRS Letter 3164-E ("Correct Address" Letter – Durham) | 1 | SEEL_PUB_0001–0001 | Public / Redacted |
| A-A | Apr 8 2025 | Same – Filed Under Seal | 1 | SEEL_SEALED_0001–0001 | Filed Under Seal |
| B | Apr 8 2025 | IRS Letter 2295 ("10-Day Response" Letter – Greensboro) | 1 | SEEL_PUB_0002–0002 | Public / Redacted |
| B-A | Apr 8 2025 | Same – Filed Under Seal | 1 | SEEL_SEALED_0002–0002 | Filed Under Seal |
| C | Apr 25 – 2025 | Returned Mail and Address-Change Email Trail | 2 | SEEL_PUB_0003–0004 | Public / Redacted |
| C-A | Apr 25 – 2025 | Same – Filed Under Seal | 2 | SEEL_SEALED_0003–0004 | Filed Under Seal |
| D | May 5 2025 | Hardship and Retaliation Notice to IRS Agent | 5 | SEEL_PUB_0005–0009 | Public / Redacted |
| D-A | May 5 2025 | Same – Filed Under Seal | 5 | SEEL_SEALED_0005–0009 | Filed Under Seal |
| E | Sep 5 2025 | Emergency Demand for Immediate IRS Stay and TIGTA Referral | 12 | SEEL_PUB_0010–0021 | Public / Redacted |
| E-A | Sep 5 2025 | Same – Filed Under Seal | 12 | SEEL_SEALED_0010–0021 | Filed Under Seal |
| F | Oct 15 2025 | Addendum / Expanded Demand for Immediate IRS Stay and Records | 12 | SEEL_PUB_0022–0033 | Public / Redacted |
| F-A | Oct 15 2025 | Same – Filed Under Seal | 12 | SEEL_SEALED_0022–0033 | Filed Under Seal |

| Exhibit | Date / Source | Title / Description | Pages | Bates Range | Filing Status |
|---|---|---|---|---|---|
| G | Sep 23–25 2025 | Public Summary Sheet of Third-Party IRS Summonses | 1 | SEEL_PUB_0034–0034 | Public Summary |
| G-A | Sep 23–25 2025 | Full Set of Third-Party IRS Summonses (Noticing Oct 21 Appearance) | 5 | SEEL_SEALED_0034–0038 | Filed Under Seal |
| H | Sep 25 2025 | IRS Confidentiality-Breach Notification Letter | 3 | SEEL_PUB_0039–0041 | Public / Redacted |
| H-A | Sep 25 2025 | Same – Filed Under Seal | 2 | SEEL_SEALED_0044–0045 | Filed Under Seal |
| I | 2024–2025 | Revenue Agent LaDonya C. Francis – Public Records Packet | 3 | SEEL_PUB_0042–0044 | Public / Redacted |
| I-A | 2024–2025 | Same – Filed Under Seal | 2 | SEEL_SEALED_0046–0047 | Filed Under Seal |
| J | 2024–2025 | Comprehensive Timeline & Record Index | 7 | SEEL_PUB_0045–0051 | Public / Redacted |
| J-A | 2024–2025 | Same – Filed Under Seal | 3 | SEEL_SEALED_0048–0050 | Filed Under Seal |
| K | Oct 2025 | Video Testimony Excerpt (Tina Motley Pearson Statement) | 1 | SEEL_PUB_0052–0052 | Public Summary |
| K-A | Oct 2025 | Full Video Transcript and Link – Filed Under Seal | 3 | SEEL_SEALED_0051–0053 | Filed Under Seal |
| L | Apr 1 – Oct 14 2025 | IRS Communications Metadata (Log Excerpt) | 1 | SEEL_PUB_0053–0053 | Public Summary |
| L-A | Apr 1 – Oct 14 2025 | Same – Filed Under Seal | 1 | SEEL_SEALED_0054–0054 | Filed Under Seal |
| M | Oct 14 2025 | Declaration of Antonio McDaniel, CPA | 2 | SEEL_PUB_0054–0055 | Public / Redacted |
| M-A | Oct 14 2025 | Same – Filed Under Seal | 2 | SEEL_SEALED_0055–0056 | Filed Under Seal |

| Exhibit | Date / Source | Title / Description | Pages | Bates Range | Filing Status |
|---------|---------------|---------------------|-------|-------------|---------------|
| N | Oct 15 2025 | Form 911 – Request for Taxpayer Advocate Service Assistance | 1 | SEEL_PUB_0056–0056 | Public / Redacted |
| N-A | Oct 15 2025 | Same – Filed Under Seal | 1 | SEEL_SEALED_0057–0057 | Filed Under Seal |
| O | Oct 14 2025 | Motion to Quash Subpoenas – Email Cover to IRS Rachel Moninger | 2 | SEEL_PUB_0057–0058 | Public Summary |
| O-A | Oct 14 2025 | Same – Filed Under Seal | 2 | SEEL_SEALED_0058–0059 | Filed Under Seal |
| P | Oct 16 2025 | Short and Long Proposed Orders | 8 | SEEL_PUB_0059–0066 | Public |

*All sealed exhibits filed in accordance with Fed. R. Civ. P. 5.2 and M.D.N.C. Local Rule 5.4(c).*