# Exhibit A
# IRS Letter 3164-E ("Correct Address" Letter – Durham)

Public Version — Redacted per Fed. R. Civ. P. 5.2 and M.D.N.C. L.R. 5.4(c)

**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
IRS — 10715 David Taylor Dr., Box 26
Charlotte, NC 28262

IRS Letter 3164-E

Julie Seel

Durham, NC ███████

April 08, 2025

## We're in the process of making a determination.

We're in the process of determining if your federal tax liability for the tax periods shown below is correct.

We'll be contacting other people to verify the information we've received from you or to request information you've been unable to provide.

Reviewing tax periods:

| Form | Tax period ending |
|------|-------------------|
| 1040 | 12/31/2021 |

## What you need to do

This letter is for your information, you don't need to respond.

## What you should know

We're writing to tell you we intend to contact other people during the contact period:

[May 25, 2025] through [May 26, 2026].

We generally need to provide third parties with limited information, such as your name. The law prohibits us from releasing any more information than is necessary.

You have a right to request a list of people we contact.

## Where to find more information

For a summary of this letter or additional resources visit IRS.gov/ltr3164.

If you have questions or want to request a list of the people we've contacted, you can contact:
- Name ███████
- Empl ███████
- Telep ███████
- Fax ███████
- Hours: 9:00 am to 3:00 pm

Letter 3164-E (Rev. 11-2024)
Catalog Number 73229R

SEEL_PUB_0001 1