# Exhibit B
# IRS Letter 2295 ("10-Day Response" Letter – Greensboro)

Public Version — Redacted per Fed. R. Civ. P. 5.2 and M.D.N.C. L.R. 5.4(c)



**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
10715 David Taylor Dr., Box 26
Charlotte, NC 28262

Date:
04/08/2025
Taxpayer ID number:
304▮
Form:
1040
Tax periods:
December 31, 2021
Person to contact:
Name
ID nu
Telep
Fax

Julie Seel

Greensboro, NC ▮

Dear Julie Seel:

**Why we're contacting you**
We haven't received a response to our previous request that you come in or call us for an appointment to examine your federal tax return shown above.

**What you need to know**
If you don't contact us within 10 days from the date of this letter, we'll take one of the following actions:

- issue an examination report proposing tax, interest, and any applicable penalties based on information available, or
- provide you advance notice of our intent to contact other persons or issue a summons for information, or
- serve a summons for you to appear.

Thank you for your cooperation.

Sincerely,

▮ Digitally signed by ▮
Date: 2025.04.08 16:07:29 -04'00'

Revenue Agent

Letter 2295 (Rev. 6-2021)
Catalog Number 64681B

SEEL_PUB_0002 - 1