# Exhibit C

## Returned Mail and Address-Change Email Trail

Public Version — Redacted per Fed. R. Civ. P. 5.2 and M.D.N.C. L.R. 5.4(c)



SEEL_PUB_0003-0004 1



SEEL_PUB_0003-0004 2