# Exhibit D

## May 5, 2025: Seel Email Hardship and Retaliation Notice to IRS Agent

### Public Version — Redacted per Fed. R. Civ. P. 5.2 and M.D.N.C. L.R. 5.4(c)

**M Gmail**

---

## Acknowledgment of Audit for Tax Period Ending 2021 and Request for Meeting
9 messages

---

**Julie Seel**
To: ████████████████████ ██@irs.gov>
Cc: ██████████████████████

Mon, May 5, 2025 at 12:59 PM

Julie Seel

May 4, 2025

Internal Revenue Service

**Subject: Acknowledgment of Audit for Tax Period Ending 2021 and Request for Meeting**

Dear Ms. ██████

I am writing to acknowledge receipt of the audit notice for my tax filings for the period ending 2021. Unfortunately, the original letter was sent to the wrong address, and I received it on Friday, May 2, 2025, via certified mail.

I am committed to resolving any discrepancies promptly. Despite my background as a clinical psychologist, I have faced severe challenges impacting my ability to manage my tax obligations, including:

- The homicide of my loved one ████████ in 2018, and subsequent trial where I was a key witness, leading to defamation and job loss at Duke University.
- Loss of employment at Duke University and inability to use my office due to a partner's non-compliance with legal requirements.
- The deaths of both my parents in 2019, for whom I was the primary caregiver.
- Personal health struggles, including ███████████████████████ in 2021 that may have happened due to Covid vaccine as it was a slow growing cancer that went "turbo," exacerbated by trauma and domestic violence since left untreated.
- Financial exploitation by a local law enforcement officer in 2022 and an additional person in 2023, who pretended to be a reputable artist and builder, resulting in significant monetary loss and ongoing legal battles.
- Extortion letters, cyberstalking, defamation, and abuse by these two individuals from 2023 to present, damaging my reputation and ability to work.
- Malicious prosecution by the state of North Carolina and other Constitutional violations in follow through with extortion threat, to include a false felony June 2024 and two misdemeanor charges (June

SEEL_PUB_0005-0009 1

2024 and August 2024) that lacked all merit, with all charges dismissed but incurring substantial legal fees.

- Ongoing threats and physical stalking from 2024, requiring relocation to protect my daughter.

Given these circumstances any leniency allowable by law is requested, I can provide documentation to support all. I request a meeting with you and my CPA, ███████████ to discuss the audit and explore options for addressing my tax obligations for other years. I will need a payment plan due to the complexity and amount owed, and I am eager to resolve all outstanding issues. I'll also attach Form 2848 so that you can speak directly with Mr. ██████

I am a veteran and have always considered paying taxes a privilege. I did not evade or commit fraud; I have been struggling and received no help until Mr. ██████ showed kindness. We are working to catch up on all tax returns this year, but collecting data has been challenging due to frequent moves.

If possible, could you provide any documents automatically sent to the IRS from 2019 onward?

Please let me know a convenient time for this meeting and any additional documentation or information you require. I am committed to working collaboratively with the IRS to resolve these matters, in fact this is a blessing.

Thank you for your understanding and assistance.

Sincerely,
Julie Seel

## Julie Seel, PhD
Live Life Well, PLLC
Founder, Clinical Psychologist

SEEL_PUB_0005-0009 2

**2 attachments**

📄 **Form 2848 Seel Julie MS pg1.pdf**
1192K

📄 **Form 2848 Seel Julie MS pg2.pdf**
1280K

▮irs.gov>                                                  Mon, May 5, 2025 at 4:46 PM

Ms. Seel,

Thank you for your email.   Is Friday, May 9th at 10:00 am a good time to discuss the audit of your 2021 tax return and/or address any specific questions you may have?  The information outlined in the correspondence you received from me includes the documentation needed to begin the examination process. As the audit progresses, if additional information or documentation becomes necessary, I will request at that time.

In response to your request for documentation sent to the IRS since 2019, there are several options available for obtaining this information.  You may schedule an appointment at a local IRS Taxpayer Assistance Center, visit a walk-in location, if available, or create an account at www.irs.gov to access and request the documents online.

Lastly, could you or your Power of Attorney please fax a signed Form 2848 to 888-849-2449.  Unfortunately, images or pictures of the form cannot be processed.

Respectfully,

SB/SE Group 1236

Charlotte NC Field Office

Email:
Voice:
E-Fax:

[Quoted text hidden]

Jul▮                                                        Tue, May 6, 2025 at 6:40 AM
To:
Cc:

SEEL_PUB_0005-0009 3

Thank you, Ms. █████

Attached is a pdf version, my printer does not fax. If this does not work, perhaps Mr. ████ can fax it to you.

I cannot make it to Charlotte this Friday as I have my daughter this week but if necessary can drive to you next week. I could definitely do a zoom meeting or phone call on Friday at 10am. I am not sure about Mr. McDaniel's schedule, but would prefer him to be at our meeting.

Any chance you'll be in the Raleigh-Durham area this week or next?

Thank you,
Julie

From: ████████████████████
Sent: Monday, May 5, 2025 4:46 PM
To: ████
Cc: ████████████████████
Subject: RE: [EXT] Acknowledgment of Audit for Tax Period Ending 2021 and Request for Meeting

[Quoted text hidden]

⏚ Form 2848 Seel Julie MS.pdf
    5524K

F████████████████████          Tue, May 6, 2025 at 7:43 AM
T
C

I'm so sorry for the confusion.

Friday's meeting will be on the phone not in person. Travel is restricted for us at this time and all audits are being completed via correspondence (email, fax, mail) and communication over the phone. Hope that helps!

[Quoted text hidden]

█████████████████████          Tue, May 6, 2025 at 10:26 AM
T
C

I am available Friday at 10 am for this call meeting.
[Quoted text hidden]

████████████████████████████, May 6, 2025 at 11:08 AM

Wonderful, thank you! Works for me as well, can't wait to figure all this out, much needed relief.

Julie Seel, PhD
Integrative Psychological Solutions
Founder/Chief Clinical Psychologist

████████████████████████

███████████████

[Quoted text hidden]

[Quoted text hidden]

███████████████        Fri, May 9, 2025 at 9:54 AM

Good morning, Ms. ███████████

Do you have a conference number we can call in on?

Thank you,
Julie

**From:** ████████████ @irs.gov>
**Sent:** Tuesday, May 6, 2025 7:43 AM
[Quoted text hidden]

[Quoted text hidden]

████████████████ Fri, May 9, 2025 at 1:19 PM
cpa@gmail.com>

Good afternoon,

Per our discussion earlier, you both should have received emails from Kiteworks or ID.me which will greatly assist in the transfer of files.

I will upload IDR 1 & 2 shortly.

[Quoted text hidden]

███████████████ Fri, May 9, 2025 at 1:27 PM
pa@gmail.com>

Wonderful, thank you for everything today. Such a blessing.

I forwarded all documents to ████████ that I could find so far, and he'll upload ASAP.

He is also working on 2020 tax return and should be able to complete that relatively soon as it wasn't a very interesting year as far as revenue goes.

Really appreciate your guidance throughout this process, and will let you two work together to figure out the details from here on out.

Have a wonderful weekend!

SEEL_PUB_0005-0009 5