**Exhibit G – Public Summary Sheet**

*Set of IRS Third-Party Summonses Noticing October 21, 2025 Appearance*

1. **Issuing Agency and Date:**
   Internal Revenue Service, Small Business/Self-Employed Division, Summonses issued on or about September 23 – 25, 2025.

2. **Compelled Appearance Date:**
   October 21, 2025, at the Greensboro, North Carolina IRS Field Office.

3. **Purpose and Scope:**
   Each summons demands production of financial records, electronic payment data, and transaction histories for tax years 2020 – 2022. The summonses were served on multiple third-party recordkeepers without Petitioner's timely notice because of misaddressed letters on April 8, 2025.

4. **Entities Summoned (Names Only; Full Addresses Filed Under Seal):**

   o  Pathward, N.A.

   o  Cash App / Block, Inc.

   o  Zelle / Early Warning Services, LLC

   o  Venmo / PayPal Holdings, Inc.

5. **Nature of Records Requested:**
   Account opening information, bank statements, peer-to-peer transaction logs, communications records, and related documents for the above periods.

6. **Status:**
   Full unredacted summonses are filed under seal as **Exhibit G (SEALED)** to protect account numbers, routing codes, and custodian contact information pursuant to Fed. R. Civ. P. 5.2 and Local Rule 5.4(c).

---

**Filed Publicly:** *Exhibit G – Public Summary Sheet*
**Filed Under Seal:** *Exhibit G (SEALED) – Complete Summons Set*

SEEL_PUB_0034 - 1