# Exhibit H

## IRS Confidentiality-Breach Notification Letter

Public Version — Redacted per Fed. R. Civ. P. 5.2 and M.D.N.C. L.R. 5.4(c)

 **IRS** Department of the Treasury
Internal Revenue Service

FSC
Fresno  CA  93888

In reply refer to:  0847999999
Sep. 25, 2025  LTR 4281C   0
*                000000 00
Input Op:  7910203976 00000559
                        BODC: NOBOD

JULIE MARIE STEELE SEEL ████████████

CHAPEL HILL  NC  ████████

Breach number: IR20250905508

Dear Taxpayer:

WHY ARE WE SENDING YOU THIS LETTER?

We regret to inform you that on or about Apr. 08, 2025, we disclosed
your personal information to someone not authorized to receive it.
This information may have included your name, address, Social Security
number, or other personally identifiable information.

We don't know if your information will be misused; however, for your
protection, we arranged for you to receive a free identity protection
service for three years. (Use of this service does not imply our
approval, guarantee, or endorsement of this - or any company's -
products, services, or business methods. We won't be a party to any
agreement made between you and the company providing the identity
protection service.)

HOW DO I ENROLL IN THE IDENTITY PROTECTION SERVICE?

Contact IdentityForce as explained below within 90 days from the date
of this letter to enroll.

Your enrollment code is A58CE7764FAB. You must use this code
when you enroll to receive the three-year identity protection service
for free. This enrollment code is for your individual use only. It
doesn't apply to your spouse or dependents, if any.

You can enroll online at benefit.IdentityForce.com/activate or by
calling 866-260-9763.

WHAT IS AN IDENTITY PROTECTION PERSONAL IDENTIFICATION NUMBER?

You can help protect your tax account, and your dependents' accounts,
with an IRS Identity Protection Personal Identification Number (IP
PIN). The IRS IP PIN is a six-digit number we assign to taxpayers to
help prevent the misuse of their Social Security number on
fraudulent federal income tax returns. You can find more information,
and request an IP PIN, at IRS.gov/GetanIPPIN.

WHAT ADDITIONAL PROTECTION IS THE IRS PROVIDING?

SEEL_PUB_0035-0036 - 1

```
                                        0847999999
                      Sep. 25, 2025  LTR 4281C   0
                      *          000000 00
                      Input Op:  7910203976 00000560
```

JULIE MARIE STEELE SEEL
■■■■■■■■■■■■■

CHAPEL HILL   NC   ■■■■■■

We're reporting this breach to your state tax agency.

**WHAT IS A FRAUD ALERT?**

A fraud alert is a statement that a credit reporting agency adds to your credit file. It alerts creditors that you may be a victim of fraud. The statement requires that creditors take steps to verify your identity before establishing any new credit accounts in your name, issuing a new card on an existing account, or increasing the credit limit on an existing account. All three credit reporting agencies (Equifax, Experian, and TransUnion) have fraud reporting services. You only need to contact one of them. The agency you contact will notify the other two.

**HOW CAN I REQUEST A FRAUD ALERT ON MY CREDIT FILE?**

Contact one of the following credit reporting agencies:

| Equifax | Experian | TransUnion |
|---------|----------|------------|
| 800-525-6285 | 888-397-3742 | 800-680-7289 |
| Equifax.com | Experian.com | TransUnion.com |

**HOW CAN I VERIFY THIS LETTER CAME FROM THE IRS?**

Visit IRS.gov/ltr4281c.

**WHERE CAN I FIND MORE INFORMATION?**

Find more information on data breaches and identity theft at IRS.gov/IDtheft and on the Federal Trade Commission website at IdentityTheft.gov.

If you have questions, you can call 866-225-2009 between 7 a.m. and 7 p.m., local time, Monday through Friday (Alaska and Hawaii follow Pacific time).

SEEL_PUB_0035-0036 - 2