# Exhibit I  Revenue Agent LaDonya C. Francis: Public-Records Packet (Bankruptcy and Liens)

Public Version — Redacted per Fed. R. Civ. P. 5.2 and M.D.N.C. L.R. 5.4(c)

## Ladonya Catrice Francis

███████████99 | South Carolina Bankruptcy Court

Judge ███████████

Filed Oct. 4, 2024

The docket is incomplete. Sign up for verified information.

| Filing Date | # | Docket Text |
|---|---|---|
| 9/19/2025 | 45 | Certificate of Service BNC Document |
| 9/16/2025 | 44 | PI Order Dismissing Case - (pdf) |
| 9/11/2025 | | Request for P Order |
| 8/14/2025 | 42 | Trustees Petition to Dismiss Case For Non-Payment (batch) |
| 3/15/2025 | 41 | Certificate of Service BNC Confirming Plan |
| 3/13/2025 | 40 | Notice of Trustee's Intent to Pay Claims |

SEEL_PUB_0037-0039 - 1

## Possible Bankruptcies

### Bankruptcy #1

| | | | |
|---|---|---|---|
| Court Code | **SC** | Filing Status | **341 UPDATE** |
| | | File Date | **Oct 4, 2024** |
| Judge Name | ███████████ | | |
| Case Number | ███████99 | Debtor | ██████████ Address: Fort Mill, SC |

### Bankruptcy #2

| | | | |
|---|---|---|---|
| Court Code | **VAE** | Filing Status | **DISCHARGE** |
| Court Location | **VA** | File Date | **Mar 12, 2010** |
| Judge Name | ████████████ | | |
| Case Number | ███████09 | Debtor | ████████████ Carrolton, VA |



## Possible Liens

### Lien

| | | | |
|---|---|---|---|
| Name | ████████s | Document Recording Number | **090****** |
| Address | ████ Carrolton, VA | | |
| | ████████ | Court Case Number | **090****** |
| Total Lien Amount | **5209.00** | | |

### Lien

| | | | |
|---|---|---|---|
| Name | ████████s | Document Recording Number | **090****** |
| Address | ████ Carrolton, VA | | |
| | | Court Case Number | **090****** |
| Total Lien Amount | **17125.00** | | |



SEEL_PUB_0037-0039 - 2

## Lien



| | | | |
|---|---|---|---|
| Name | | Document Recording Number | 090**** |
| Address | Carrollton, VA | | |
| | | Court Case Number | 090**** |
| Total Lien Amount | 5209.00 | | |

## Lien

| | | | |
|---|---|---|---|
| Name | | Document Recording Number | 090**** |
| Address | Carrollton, VA | | |
| | | Court Case Number | 090**** |
| Total Lien Amount | 17125.00 | | |

.

## Possible Judgments

### Judgment



| | | | |
|---|---|---|---|
| Name | | Filing Type | CIVIL JUDGMENT |
| Address | Carrollton, VA | | |
| Plaintiff | | Filing Date | Aug 1, 2012 |
| | | Court Case Number | **0 |
| | | Total Judgment Amount | $645.00 |

SEEL_PUB_0037-0039 - 3