# Exhibit J
# Comprehensive Timeline & Record Index (2024–2025)

*Public / Redacted Version*

This Exhibit summarizes chronologies across related criminal, administrative, civil, safety/PII, and IRS matters that are relevant to the Petitioner's allegations of improper purpose, retaliation, and procedural irregularities. It is provided as a Rule 1006 summary to assist the Court.

*NOTE: Names of state-court staff and specific private residential addresses are redacted in this public filing. An unredacted sealed addendum is filed as Exhibit J-A.*

## A. Criminal Charges Initiated by Mihaly (all dismissed) — and Related Extortive Conduct

| Date | Charge / County | Key Facts | Disposition |
|---|---|---|---|
| 04/17/2024 | Felony Filing False Lien (Person Co.) | Lien was prepared/handled by counsel; Mihaly knew Petitioner did not sign/file; coordinated public arrest. | Dismissed 08/06/2024 (court admonished misuse of criminal process). |
| 06/17/2024 | Extortion Letter | Mihaly threatened additional criminal, civil, and professional charges to harm reputation and create legal fees; offered to settle for $1 and a confidentiality agreement. | Presented to Durham Superior Court; protective relief not granted. |
| 06/29/2024 | Misdemeanor Larceny (Surfboards) (New Hanover Co.) | Manufactured dispute used to leverage civil case after refusal of return. | Dismissed 08/15/2024 (same day new charge was brought). |
| 07/02/2024 | Pre-hearing intimidation (coordination alleged) | Alleged coordination with law enforcement to intimidate prior to probable-cause | Hearing continued to 08/06/2024. |

| Date | | | |
|------|------|------|------|
| | | hearing; ADA concerns noted. | |
| 07/15/2024 | Service/Stalking Incident (Durham) | Stalking of residence and coordinated service of misdemeanor larceny summons. | — |
| 08/06/2024 | 2nd Probable Cause Hearing (False Lien) | Admissions that Petitioner should not have been charged; court directed Mihaly to stop using criminal court to influence civil proceedings. | Dismissed 08/06/2024. |
| 08/15/2024 | Misd. Conversion by Bailee (New Hanover Co.) | Refile after larceny collapse; proceeded despite exculpatory texts and refusal-of-return record. | Dismissed 09/21/2024. |
| 10/27/2024 | Extortion Letter to Witness | Extortion communication to witness Tina Motley Pearson; threats to reputation and legal process. | — |
| 10/30/2024 | Defamatory Website | Launch of defamatory website (julieseel.com) alleged to be in coordination with Roy Taylor; remains online; takedown refused. | — |
| 12/09/2024 | False Lis Pendens | Two false notices filed on a non-operative counterclaim to disparage reputation and harass. | — |

*Pattern: Adverse criminal filings collapsed at disposition but served to escalate pressure. These events underpin requests for protective orders and support ADA Title II/§ 504 accommodations (PTSD/breast cancer + safety).*

## B. Administrative / Agency Pressure Campaign

| Date | Venue | Action | Notes |
|------|-------|--------|-------|
| 03/2025 | NC Psychology Board | Interviews and complaints | Board acknowledged |

| | | instigated by Mihaly; later charges filed 05/16/2025 despite lack of independent evidence. | jurisdictional limits (7/25/2024) yet pursued retaliatory complainant; exculpatory materials disregarded; whistleblower claims dismissed. |
|---|---|---|---|
| 07/08/2024 → ongoing | NC Psychology Board | Multiple complaints; reliance on complainant; private hearing information leaked; threats of unprecedented sanctions. | Impacts due-process/ADA protections; witness safety implicated. |
| ~08/13/2025 | FAA | Complaint filed/urged by Mihaly (false video claims). | Coincides with trial calendar; part of multi-front pressure. |
| Spring–Summer 2025 | IRS | Audit/Notices | April 8, 2025: confidential information leaked while two suspicious audit letters issued an hour apart; former attorney threatened to 'speak with whomever' after notice of malpractice claim; PII/address misuse concerns. Supports retaliation pattern and record-preservation. |

## C. Civil-Case Milestones & Persistent Non-Rulings (Seel v. Mihaly, 24 CVS 4389)

• 05/28/2024 (filed 06/03/2024): Complaint filed.

• 07/22/2024: Motion for Pre-Filing Injunction (malicious-prosecution protection). No ruling to date.

• 07/29/2024: Mihaly uploads stand-alone 'counterclaim' (no leave/Rule 13 or 15; no service). Non-operative. Failure to respond to amended complaint (default posture).

SEEL_PUB_0040-0046 - 3

- 07/31/2024: Immediate objection/preservation through counsel: motion to dismiss/strike putative counterclaims.

- 08/27/2024: Add-on hearing; motions remain under advisement (including default/strike). Safety/harassment context preserved in record.

- 10/21/2024: Counsel withdrawal granted; both parties instructed to follow Rules as if lawyers.

- 02/11/2025 (bench note): 'STATUS OF SERVICE OF COUNTERCLAIM? CASE NEEDS TO BE SET FOR TRIAL.' (Acknowledges non-service/non-joinder.)

- 02/20/2025: Trial set 09/29/2025; still no rulings on default/strike/ADA/protective/witness safety.

- 08/26–29/2025: ADA Title II/§504 & Whistleblower submissions + safety/record-integrity requests. No written rulings.

- 08/26/2025: Mihaly's subpoena blitz with defective temporal window; court did not calendar untimely request.

- 08/29/2025: Voluntary dismissal of Lis Pendens for safety; short-notice hearing communications; objections noted as retaliatory.

- 09/02/2025: Add-on hearing (holiday-short notice). Minutes: 'ALL MOTIONS TAKEN UNDER ADVISEMENT.' Petitioner did not attend due to safety/ADA issues and unresolved motions.

- 09/03/2025: eCourts access blocked; later service permitted to guarded-community address; Mihaly files 331-page packet with disparaging, non-responsive materials.

- 09/03–09/13/2025: eCourts access blockage continued; staff did not remediate.

- 09/05–09/07/2025: Staff did not file Petitioner's documents despite notice of access block; private address was exposed on public docket.

- 09/22/2025: Final Objection & Notice of Inability to Appear (safety/ADA; unresolved motions). COA emergency relief denied; trial noticed 9/29/2025.

- 09/26/2025: Email from court staff noting trial cancelled due to issues 'under advisement'; status hearing set for 12/09/2025.

### D. Safety, Stalking, and PII

Documented stalking by Mihaly and his mother precipitated relocation to guarded housing. A 331-page filing was later served to that location; private address details are sealed in Exhibit J-A.

SEEL_PUB_0040-0046 - 4

Ongoing threats/intimidation toward Petitioner and witnesses (e.g., Tina Motley-Pearson); serial cyberstalking/defamation (julieseel.com).

October 8, 2025: Mihaly sought a TRO against witness Tina Motley Pearson (hearing noticed for October 16, 2025), allegedly to remove online testimony and preclude witness evidence.

### E. Former Counsel — Collateral Harm / Coordination Indicators

| Date | Record/Topic | Key Point |
|---|---|---|
| 02/08/2024 | Change of representation | Counsel urged firing prior attorney; promised swift resolution; no signed fee agreement; knowledge of safety concerns. |
| 03/16/2024 | Lien deadline lapse | Counsel failed to file lien timely; later represented it had been filed. |
| 04/16/2024 | Lien filed—client not informed | Lien filed without client review; 'more pain, more gain' strategy despite safety concerns. |
| 04/17/2024 | Felony false lien charge follows | Arrest despite exculpatory evidence (counsel prepared/signed lien). |
| 05/11/2024 | Late draft complaint | Draft delivered with <2 hours to review; prejudiced defense posture. |
| 06/05/2024 | Felony warrant notice | Counsel informs client of warrant; client reiterates lack of lien signature/filing. |
| 06/11/2024 | Emails to prosecutor & counsel | Client requested probable-cause challenge and ADA proof submission; refused. |
| 06/27/2024 | Criminal strategy note | Strategy concerns escalated as criminal pressure mounted. |
| 07/05/2024 | PTSD email + disparaging remarks | Counsel was on notice of disability and safety needs. |
| 08/28/2024 | DA communication & 'corruption' warning | Perceived defeatism and coordination concerns; remarks noted. |
| 08/30/2024 | Confidentiality/witness issues | Potential witness tampering and confidentiality violations reported. |
| 09/10/2024 | Witness-tampering report | Email to third party re: counsel's interference. |
| 10/02/2024 | NC Bar complaints | Bar non-response; blacklisting concerns. |
| 09/12/2024 | Notice of fee/conduct dispute | Contemporaneous with criminal/board pressure. |

SEEL_PUB_0040-0046 - 5

| | | |
|---|---|---|
| 03/04/2025 | Legal malpractice dispute | Preservation of claims; demand for file. |
| 04/08/2025–04/09/2025 | Formal demands & notice to sue | Demand for complete files; no-contact directive; continued improper service by opposing party on withdrawn counsel. |

*Why this matters: Conduct by former counsel compounded prejudice, supports schedule modification/continuance, and explains improper service practices that deprived Petitioner of notice.*

## F. Summary Flags for Immediate Judicial Action

• Strike/Quash: Non-operative counterclaim; defective August 26 subpoenas; 331-page harassing 'exhibit' packet untethered to operative pleadings.

• Service Compliance: Enforce Rule 5 (service on party/pro se at designated email + eCourts), bar service on withdrawn counsel; require certification of compliant service on every filing.

• ADA/§ 504 Rulings: Remote appearance, structured breaks, sealed PII, and security plan; issue written rulings before any further proceeding.

• Protective Orders: No-contact; anti-doxxing; sealed addresses; courtroom security.

• Continuance / Alternative Logistics: Permit short-notice subpoenas, remote/under-seal testimony, and rolling third-party productions without penalty (necessity/ADA finding).

• Record Integrity: Order AOC/eCourts and reporter to preserve audio, logs, and metadata; report gaps within 24 hours.

SEEL_PUB_0040-0046 - 6

## Verification

I, Julie M. Seel, certify that the foregoing Exhibit J is true and correct to the best of my knowledge and derived from contemporaneous records in my possession.

Executed on:  October 14, 2025

*By: Julie M. Seel /s/*