# Exhibit K

Exhibit K – Public Summary Sheet

(Video Testimony and Witness Statement of Tina Motley-Pearson)

### Video Testimony and Witness Statement of Tina Motley-Pearson

**Declarant:** Tina Motley-Pearson
**Date:** October 2025
**Format:** Video statement (publicly available at https://www.youtube.com/watch?v=cuim8R7AV-M)
and written declaration lodged under seal.

"My name is Tina Motley-Pearson. I have personal knowledge of Robert Mihaly's pattern of intimidation, deception, and retaliation against individuals who have challenged or separated from him. I observed his use of false allegations, false documents, online defamation, and threats to destroy reputations or careers when people attempted to leave or expose his conduct—most notably Julie Seel.

In my own experience, after I ended my relationship and business dealings with him, he made repeated threats of legal and personal ruin, demanding I turn over my property and walk away from money owed. He attempted to silence me and others by misusing court filings and restraining-order processes, just as he is doing to me again to silence me from this civil proceeding and to remove the video.

I have reviewed similar behavior directed at Julie Seel to many other women, which follows the same pattern I endured—false presentations as an artist, honorable businessman, competent builder, followed by harassing communications, physical intimidation, misuse of professional complaints, and coordinated efforts to isolate her from support or representation. I am providing this statement voluntarily because I believe the same retaliatory tactics are now being replicated through other forums, including administrative, professional board processes, and tax proceedings."

*(Sensitive identifying details, private addresses, and names of family members have been redacted for privacy and safety.)*

**Filed Versions:**

- *Exhibit K – Public Summary Sheet (this page, with excerpt).*

- *Exhibit K (SEALED) – Complete Video Transcript and Full Witness Statement (unredacted).*

SEEL_PUB_0047 - 1