**Exhibit M – Declaration of Antonio McDaniel, CPA**

Public Version — Redacted per Fed. R. Civ. P. 5.2 and M.D.N.C. L.R. 5.4(c)

I, **Antonio McDaniel,** declare as follows:

1.  I am a Certified Public Accountant licensed in North Carolina (Certificate #26474). I have represented **Dr. Julie M. Seel** ("Petitioner") regarding her federal tax filings for 2020–2022 and all related communications with the Internal Revenue Service ("IRS").

2.  On **September 11, 2025**, between **9:03 a.m. and 9:19 a.m.**, I spoke by telephone with a manager supervising IRS Group Manager **Rachel Moninger** (Small Business/Self-Employed Division). She confirmed receipt and review of Dr. Seel's **September 4, 2025** written request for a hardship stay and investigation into retaliatory motives underlying the audit initiated on or about **April 8, 2025.**

3.  I informed the manager that Dr. Seel was experiencing severe personal and professional hardship, including pro se trial preparation, ongoing professional-board actions, and significant medical and mental-health challenges (notably PTSD). The manager acknowledged the hardship but stated, *"there was nothing [they] could do,"* that *"the audit must continue and taxes must be paid as soon as possible,"* and indicated the case would be reassigned to a new agent.

4.  On **September 22, 2025**, at approximately **1:48 p.m.**, I received a 25-minute call from IRS Group Manager **Rachel Moninger**. I reiterated Dr. Seel's hardship and described the harassment she faced in multiple forums. Ms. Moninger stated *"nothing could be done,"* but agreed to be *"a little more patient."* She requested a proposed completion date for the pending tax returns. I requested three months; she set a deadline of **October 31, 2025,** noting that case closure would require additional time for supporting documentation.

5.  On **September 23, 2025**, notwithstanding this agreement, **four IRS third-party summonses** were issued under Ms. Moninger's supervision and signed by approving officer **Amy Keel**, compelling Dr. Seel's personal appearance on **October 21, 2025.** These summonses were sent by certified mail directly to Dr. Seel, days before her scheduled civil trial on **September 29, 2025**, and were not copied to me, despite a valid Power of Attorney (Form 2848) on file.

6.  On **September 25, 2025**, Dr. Seel received an IRS letter acknowledging improper disclosure of her confidential information on or about **April 8, 2025**—the same date two contradictory audit letters were issued to different cities. Both letters were generated by **Agent LaDonya Francis** within approximately one hour and five minutes: one falsely alleging prior unresponsiveness, the other stating no action was required.

7.  In my professional opinion, these events evidence procedural irregularities and disregard for Dr. Seel's taxpayer rights to hardship review and TIGTA referral, despite credible indications that the audit was triggered through retaliatory channels, potentially involving her former counsel and state licensing officials.

SEEL_PUB_0049-0050 - 1

8. I am currently out of state caring for my ill mother and unable to attend the **October 21, 2025** meeting in Raleigh. I was not notified of the compelled appearance date until **October 14, 2025.**

9. Given Dr. Seel's medical and legal circumstances, she cannot and should not be expected to appear without representation or my participation. I affirm that the timeline and facts stated herein are true and correct to the best of my knowledge and belief.

---

**Executed on this 14th day of October, 2025, in Washington, D.C.**

**/s/ Antonio McDaniel, CPA**
**Antonio McDaniel, CPA**
Certified Public Accountant
[Address / Contact Info Redacted for Public Filing]

SEEL_PUB_0049-0050 - 2