# Exhibit N
# Form 911 Request for Taxpayer Advocate Service Assistance

## Public Version — Redacted per Fed. R. Civ. P. 5.2 and M.D.N.C. L.R. 5.4(c)

| Form **911** (August 2025) | Department of the Treasury - Internal Revenue Service **Request for Taxpayer Advocate Service Assistance** (and Application for Taxpayer Assistance Order) | OMB Number 1545-1504 |
|---|---|---|

### Section I – Taxpayer Information *(See Pages 3 and 4 for Form 911 Filing Requirements and Instructions for Completing this Form)*

| 1a. Taxpayer name as shown on tax return<br>Julie Marie Steele Seel | 1b. Taxpayer Identifying Number *(SSN, ITIN, EIN)*<br>3280 |
|---|---|
| 2a. Spouse's name as shown on tax return *(if joint return)* | 2b. Spouse's Taxpayer Identifying Number *(SSN, ITIN)* |

3a. Taxpayer current street address *(number, street, & apt. number)*
█████

| 3b. City<br>Chapel Hill | 3c. State or province<br>NC | 3d. Country *(if applicable)*<br>USA | 3e. ZIP code/Foreign postal<br>█████ |
|---|---|---|---|
| 4. Daytime phone number<br>█████ | 5. Email address<br>█████ | | 6. Fax number *(if applicable)* |

| 7a. <br>☒ Check here if you consent to receive and send encrypted emails with Taxpayer Advocate Service for the duration of the interactions on your tax issue | 7b.<br>☒ Check here if you consent to have confidential information about your tax issue left on your answering machine or voice message at this number |
|---|---|

8. Person to contact if no authorized third party
Julie Marie Steele Seel

9. Preferred language *(if applicable)*
☐ TTY/TDD Line   ☐ Interpreter needed - Specify language other than English *(including sign language)* _____
☒ Other *(specify)* English

| 10. Tax form number *(1040, 941, 720, etc.)*<br>104 | 11. Tax year(s) or period(s)<br>2020-2022 |
|---|---|

12a. Describe the tax issue you are experiencing and any difficulties it may be creating
*(If more space is needed, attach additional sheets.) (See instructions for completing Lines 12a and 12b)*

IRS issued conflicting audit notices on April 8, 2025 and subsequently disclosed my confidential address in violation of §6103 on April 8, 2025. I am an ADA-qualified taxpayer with █████. I have experienced retaliation and coordinated harassment across multiple agencies. The agent who generated those two contradictory notices to two different cities made many false statements in intake interview. She "intuited" a private address ot known to even my CPA within days of these two notices returned to her and denied having contact with anyone else. She is also in Bankrupcy court and susceptible to outside influence and control. She denied mandatory retalitory review that was warranted, timed her requests for both professional board and civil case dates, and dismissed clear qualification for hardship and protection under the ADA. The compelled summons appearance on October 21, 2025 will cause significant hardship and violates an agreed extension to CPA who cannot be present.

12b. Describe the relief/assistance you are requesting *(if more space is needed, attach additional sheets)*

I therefore request accommodation and immediate relief under TAS hardship criteria pursuant to IRM 13.1.7.2(3), including a hardship stay, a retaliatory-audit investigation, and the issuance of a Taxpayer Assistance Order (TAO) under 26 U.S.C. § 7811 to suspend enforcement actions and require a full retaliatory-audit review with disclosure of all third-party contacts.

13. How did the taxpayer learn about the Taxpayer Advocate Service
☐ IRS forms or publications   ☐ Website   ☐ IRS employee   ☒ Other *(specify)* Internet

I understand that Taxpayer Advocate Service employees may contact third parties to respond to this request and I authorize such contacts to be made. Further, by authorizing the Taxpayer Advocate Service to contact third parties, I understand that I will not receive notice, pursuant to section 7602(c) of the Internal Revenue Code, of authorized third parties contacted in connection with this request.

| 14a. Signature of taxpayer or duly authorized officer, and title, if applicable<br>*Julie Seel* | 14b. Date signed<br>10/15/25 |
|---|---|
| 15a. Signature of spouse *(if joint assistance request)* | 15b. Date signed |

| Catalog Number 16965S | www.irs.gov | Form **911** (Rev. 8-2025) |
|---|---|---|

SEEL_PUB_0051
1