# Exhibit O
# Email Cover to IRS Agent for Motion to Quash and Protective Relief

Public Version — Redacted per Fed. R. Civ. P. 5.2 and M.D.N.C. L.R. 5.4(c)



**Outlook**

**Re: Subject: Emergency Petition to Quash IRS Summons – Filed by Pro Se Petitioner Julie Seel**

From Julie Seel <███████████████>
Date Tue 10/14/2025 7:03 PM
To ████████irs.gov <█████████irs.gov>
Cc ██████████████████████

📎 1 attachment (173 KB)
Exhibit M Declaration of Antonio McDaniel, CPA.pdf;

Please accept minor correction on Mr. McDaniel's statement. The meeting is scheduled for 10/21/25 in Raleigh, not Greensboro.

Thank you,
Julie Seel

**From:** Julie Seel <julie@livelifewellnc.com>
**Sent:** Tuesday, October 14, 2025 6:57 PM
T███████████irs.gov ██████@irs.gov>
**Cc:** ████████████
**Subject:** Re: Subject: Emergency Petition to Quash IRS Summons – Filed by Pro Se Petitioner Julie Seel

Subject: IRS disclosure 9/25 confirms confidentiality breach; demand hardship stay & retaliatory-audit review — CPA unavailable 10/21; Exhibit M attached

Dear Ms. ████████████

I write regarding the third-party summonses compelling an appearance on **October 21, 2025** and the IRS's **September 25, 2025** letter acknowledging a disclosure of my confidential information on or about **April 8, 2025**.

- **CPA availability:** My CPA, ████████████████ will **not and cannot attend** on 10/21/2025. He is out of state caring for an ill parent and first learned of the summonses **today** when he was cc'ed on my materials. His sworn **Declaration (Exhibit M)** is attached.

- **Confidentiality breach & retaliation concerns:** The IRS's 9/25/2025 disclosure came **three days after** the summonses were issued and admits a breach on **4/8/2025**—the **same day** Agent LaDonya Francis generated **two conflicting notices** to different cities. This sequence corroborates my earlier reports that this audit was not random as she claimed, but rather triggered and escalated through **retaliatory channels with her participation**.

Given these developments and my documented **ADA hardship**, I hereby:

1. **Demand a hardship stay** of all summons enforcement and the 10/21 compelled appearance;

2. **Demand a full retaliatory-audit review and investigation,** including referral as appropriate, to determine the origin of the audit trigger and the role of any third parties; and

3. **Request complete third-party contact disclosures** under 26 U.S.C. § 7602(c), including who disclosed my confidential address, what information was shared, with whom, and when.

For the record, I will file an **amended petition to quash** in the U.S. District Court for the Middle District of North Carolina tomorrow, incorporating Exhibit M and the IRS's 9/25/2025 disclosure.

Please confirm receipt.

Sincerely,
Julie M. Seel
Pro Se
[phone] | [email]

Attachments:

• **Exhibit M – Declaration of Antonio McDaniel, CPA (Public/Redacted)**

• **Exhibit H – IRS Confidentiality-Breach Notification Letter September 25, 2025 (Public/Redacted)**

From: Julie Seel <julie@livelifewellinc.com>
Sent: Tuesday, October 14, 2025 4:53 PM
To: ████████████irs.gov █████████████irs.gov>
Cc: ████████████████████████████
Subject: Subject: Emergency Petition to Quash IRS Summons – Filed by Pro Se Petitioner Julie Seel

Subject: *Emergency Petition to Quash IRS Summons – Filed by Pro Se Petitioner Julie Seel*

Dear Ms. ████████████

Please be advised that I am a pro se and ADA-qualified petitioner responding to the third-party summonses issued in my name. Because I was unable to reach the Court before close of business on October 14 (the required filing day given Columbus Federal Holiday), I am providing you this complete filing packet electronically to demonstrate my good-faith, timely objection under 26 U.S.C. § 7609(b)(2)(A).

I will formally file the petition with the U.S. District Court for the Middle District of North Carolina tomorrow, October 15, 2025, and will serve all listed recipients by first-class mail or as required as soon as a case file is assigned.

Respectfully,
Julie M. Seel
Pro Se Petitioner

SEEL_PUB_0052-0053
2